1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   ERICKA L. KANE
6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11

12  ERICKA L. KANE                    )  Case No.: 2:19-cv-01584-AC
                                      )
13            Plaintiff,              )  STIPULATION TO EXTEND TIME
    v.                                )  TO FILE OPENING BRIEF
14                                    )
    ANDREW SAUL,                      )  (FIRST REQUEST)
    Commissioner of Social Security,  )
15                                    )
                                      )
16                                    )
            Defendant.                )
17  _____)

18

19       Plaintiff Ericka L. Kane and Defendant Andrew Saul, Commissioner of

20  Social Security, through their undersigned attorneys, stipulate, subject to this

21  court's approval, to extend the time by 31 days from January 17, 2020 to February

22  17, 2020 for Plaintiff to file an Opening Brief, with all other dates in the Court's

23  Scheduling order extended accordingly.  This is Plaintiff's first

24  ///

25  ///

26

                                      -1-

1 request for an extension. This request is made at the request of Plaintiff's counsel

2 to allow additional time to fully research the issues presented.  Counsel makes this

3 request in good faith.

4 DATE: January 15, 2020      Respectfully submitted,

5                                 LAWRENCE D. ROHLFING

6                           /s/ *Lawrence D. Rohlfing*

7               BY: _____

                            Lawrence D. Rohlfing

8                             Attorney for plaintiff Ms. Ericka L. Kane

9

10 DATE:  January 15. 2020

11                             MCGREGOR W. SCOTT
                            United States Attorney

12                             DEBORAH LEE STACHEL
                            Regional Chief Counsel

13                             Social Security Administration

14

15                           /s/ *Michael K. Marriott*

16               BY: _____
                            Michael K. Marriott

17                             Special Assistant United States Attorney
                            Attorneys for defendant Andrew Saul

18                             Commissioner of Social Security
                            |*authorized by e-mail|

19

20

21 **IT IS SO ORDERED.**

22 DATE: January 16, 2020

23                         _____

                        ALLISON CLAIRE

24                         UNITED STATES MAGISTRATE JUDGE

25

26