1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERICKA L. KANE,

        Plaintiff,

    vs.

ANDREW SAUL,
Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:19-cv-01584-AC

{~~PROPOSED~~} ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

        Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

        IT IS ORDERED that fees and expenses in the amount of $3,150.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-